<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>D&S Enterprises, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of PA<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td>4:23-bk-13318-pmm</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
2021 Ford F550

P.O. Box 542000

Omaha, NE 68154-8000

**Date or dates debt was incurred**

6/2022

**Last 4 digits of account number**   2672 ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 39,547.35          $ 39,547.35
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
2018 Catepillar Track Loader

P.O. Box 138 34

Newark, NJ 07188-3834

**Date or dates debt was incurred**

9/2023

**Last 4 digits of account number**   5943

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ 20,000.00          $ 20,000.00
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____          $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    D&S Enterprises, Inc.                                        Case number *(if known)* 4:23-bk-13318-pmm
          Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

---

**2.__**  Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

---

| Debtor | D&S Enterprises, Inc. | Case number *(if known)* | 4:23-bk-13318-pmm |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Met-Ed
P.O. Box 3687
Akron, OH 44309

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility

$ 42,000.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
US Foods
1200 Hoover Ave
Allentown PA 18109

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Services

$ 1,172.09

Date or dates debt was incurred 7/2021
Last 4 digits of account number 6762 __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
PDK Subscription Services
3170 East Prospect Road
York, PA 17402

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Professional Services

$ 1,843.00

Date or dates debt was incurred 6/2021
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Aramark
2680 Palumbo Drive
Lexington, KY 40509

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Services

$ 895.70

Date or dates debt was incurred 7/2023
Last 4 digits of account number 1106 __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Erie Insurance
c/o Crosskeys Insurance
303 State Street
Hamburg, PA 19526

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

$ 4,500.00

Date or dates debt was incurred 5/2023
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Intuit QuickBooks
2632 Marine Way
Mountain View, CA 94043

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Bank Loan

$ 16,025.00

Date or dates debt was incurred 5/2023
Last 4 digits of account number 0988 __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    D&E Enterprises, Inc.
_____
Name

Case number *(if known)*    4:23-bk-13318-pmm
_____

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page __ of __

Debtor _____ D&S Enterprises, Inc. _____          Case number *(if known)* 4:23-bk-13318-pmm
         Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     D&S Enterprises, Inc.                                                    Case number (if known)   4:23-bk-13318-pmm
           Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line _____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    D&E Enterprises, Inc.                                                   Case number (if known)    4:23-bk-13318-pmm
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 59,547.35 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 66,435.79 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 125,983.14 |