IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : **Chapter 11** |
| D&S Enterprises, Inc., | : |
| | : **Case No. 4:23-bk-13318-pmm** |
| *Debtor.* | : |
| | : |

## ORDER CONFIRMING PLAN

The Second Amended Plan [No. 99] under chapter 11 of the Bankruptcy Code filed by Debtor, D&S Enterprises, Inc., on March 19, 2024 or a summary thereof, having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied;

**IT IS ORDERED** that:

1. The Second Amended Plan [No. 99] filed by Debtor, D&S Enterprises, Inc., on March 19, 2024, is confirmed pursuant to 11 U.S.C. § 1191(a);

2. In accordance with 11 U.S.C. § 1183(c)(1), the Subchapter V Trustee's services shall automatically terminate upon the plan's substantial consummation; and

3. No later than fourteen (14) days after the plan's substantial consummation, the Debtor shall (i) file the notice required under section 1183(c)(2), and (ii) file a motion for the case to be closed, for the debtor's discharge and for a final decree.

A copy of the confirmed plan is attached.

BY THE COURT:

4/23/24

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

{01761130;1}