## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| D&S ENTERPRISES, INC., ) | |
| ) | |
| Debtor. ) | Case No. 23-13318-pmm |
| ) | |

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Holly S. Miller, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A plan was confirmed on April 23, 2024. No plan payments were made to the trustee. Pursuant to 11 U.S.C. § 330(a), on May 20, 2024, the Court ordered compensation of $7,718.75 and expenses of $87.23 be awarded to the trustee. These funds have been paid by the debtor to the trustee. According to the debtor, the plan was substantially consummated. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: 6/2/2024                           GELLERT SEITZ BUSENKELL & BROWN, LLC

                                          By:    */s/ Holly S. Miller*
                                                 Holly S. Miller, Esquire
                                                 901 Market Street, Suite 3020
                                                 Philadelphia, PA 19107
                                                 Telephone: (215) 238-0010
                                                 Facsimile: (215) 238-0016
                                                 Email: hsmiller@gsbblaw.com

                                                 Subchapter V Trustee